UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAPITOL RECORDS, INC., a Delaware corporation, <br><br>           Plaintiffs, <br><br> v. <br><br> CASSANDRA TAYLOR, <br><br>           Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> CASE #07-CV-320-JM <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

UPON CONSIDERATION of Notice of Settlement, there being no objection by Defendant, the above-named lawsuit is STAYED for 45 days from the date of signing of this order.

IT IS SO ORDERED.

Dated: Nov. 29, 2007        By: _____
                                Presiding Justice